1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>DENNY'S, INC., dba DENNY'S #1941, et al.,<br><br>  Defendants. | No. 1:15-cv-00455-AWI-SKO<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Denny's, Inc., dba Denny's #1941, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: May 6, 2015                                     MOORE LAW FIRM, P.C.


                                                      */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff
                                                      Ronald Moore

///

Date: May 6, 2015                           HARRINGTON, FOX, DUBROW
                                                                                   & CANTER, LLP

                                           */s/ Henry A. Wirta*
                                           Henry A. Wirta
                                           Attorneys for Defendant
                                           Denny's, Inc., dba Denny's #1941

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   May 7, 2015                                   _____
                                                              SENIOR DISTRICT JUDGE